**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO VILLARREAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, et al., <br><br> Defendants. | Case No. EDCV 12-00468 VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 24, 2012

                                    /s/ Virginia A. Phillips
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge